STATE of Louisiana, Through the DEPART-
MENT OF HIGHWAYS

v.

Ferdinand J. DEROUEN, Sr.

No. 50319.

Jan. 20, 1970.

In re: Ferdinand J. Derouen, Sr., apply-
ing for certiorari or writ of review, to the
Court of Appeal, Third Circuit, Parish of
St. Landry. 228 So.2d 659.

It is ordered that the writ of review is-
sue; that the Court of Appeal send up
the record in duplicate of the case; and
that counsel for plaintiff and defendant be
notified.

■

230 So.2d 90

Ann R. WITT

v.

AMERICAN NATIONAL INSURANCE
COMPANY.

No. 50207.

Jan. 20, 1970.

In re: Ann R. Witt applying for certio-
rari, or writ of review, to the Court of Ap-
peal, Fourth Circuit, Parish of Orleans,
State of Louisiana. 226 So.2d 539.

The application is denied—There appears
no error of law in the judgment complained
of.

■

230 So.2d 91

John A. PATRICK

v.

Elsie Moore PATRICK.

No. 50215.

Jan. 20, 1970.

In re: Elsie Moore Patrick applying for
certiorari, or writ of review, to the Court of
Appeal, Second Circuit, Parish of Red
River, State of Louisiana. 227 So.2d 162.

Writ refused. No error of law in the
judgment complained of.